

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2013

No. 04-13-00543-CV

**EX PARTE** Daniel **TREVINO**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2011-09-28303-CV
Honorable Camile G. Dubose, Judge Presiding

**ORDER**

    In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

    It is so **ORDERED** on October 9, 2013.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2013.

_____
Keith E. Hottle, Clerk